IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Cara Brodman, | ) CASE NO. 3:24:CV-0139 |
| Plaintiff | ) |
| vs. | ) RICHARD A. LANZILLO<br>) CHIEF UNITED STATES<br>) MAGISTRATE JUDGE |
| Frank Bisignano, Commissioner of the<br>Social Security Administration, | ) IN RE: ECF NOS. 10, 14 |
| Defendant | ) ORDER ON CROSS-MOTIONS FOR<br>) SUMMARY JUDGMENT |

AND NOW, this *17th* day of *July*, 2025, upon consideration of the parties'

cross-motions for summary judgment, the Court, after reviewing the Commissioner of Social

Security's[1] final decision denying Plaintiff's claim for disability insurance benefits under

Subchapter II of the Social Security Act, 42 U.S.C. §§ 401 *et seq.*, and also denying Plaintiff's

claim for supplemental security income benefits under Subchapter XVI of the Act, 42 U.S.C. §§

1381 *et seq.*, finds that the Commissioner's findings are supported by substantial evidence and,

accordingly, affirms. *See* 42 U.S.C. § 405(g); *Biestek v. Berryhill*, 587 U.S. 97 (2019); *Jesurum*

*v. Secretary of U.S. Dep't of Health & Human Servs*, 48 F.3d 114, 117 (3d Cir. 1995) (citing

*Brown v. Bowen*, 845 F.2d 1211, 1213 (3d Cir. 1988)). *See also Berry v. Sullivan*, 738 F. Supp.

942, 944 (W.D. Pa. 1990) (if supported by substantial evidence, the Commissioner's decision

---

[1] Frank Bisignano became the Commissioner of Social Security on May 7, 2025. Pursuant to Rule 25(d) of the
Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Bisignano is substituted for then Acting Commissioner
Leland Dudek as the defendant in this suit. *See, e.g., Skolny v. Bisignano*, 2025 WL 1462570, at *6 (M.D. Pa. May
21, 2025).

must be affirmed, as a federal court may neither reweigh the evidence, nor reverse, merely because it would have decided the claim differently) (citing *Cotter v. Harris*, 642 F.2d 700, 705 (3d Cir. 1981)).

Therefore, IT IS HEREBY ORDERED that Plaintiff's Motion for Summary Judgment (Doc. No. 10) is DENIED and that Defendant's Motion for Summary Judgment (Doc. No. 14) is GRANTED.[2]  Pursuant to Federal Rule of Civil Procedure 58, judgment is hereby entered against the Plaintiff and in favor of the Commissioner.

The Clerk of this Court is directed to mark this case "Closed" on the Court's docket.

BY THE COURT:

RICHARD A. LANZILLO
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[2] The parties have consented to entry of final judgment by the United States Magistrate Judge under the provisions of 28 U.S.C. § 636(c).

2